LAW FIRM OF KENNETH H. ROWEN
A Professional Corporation
5900 Sepulveda Boulevard, Suite 500
Van Nuys, CA 91411
Phone: (818)981-9960

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARTIN JULIUS FIDELMAN, | Case No. CV 08-8554-GHK (RC) |
| Plaintiff, | ~~(PROPOSED)~~ ORDER OF DISMISSAL |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation per FRCP 41(a)(1) to dismiss the Complaint herein, with each party to bear their own costs, IT IS ORDERED that Plaintiff's Complaint herein is dismissed, with each party to bear its own costs.

IT IS SO ORDERED.

Dated: July 6, 2009

HONORABLE ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE

1